IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                               Case No. 2:17-cr-138-1

Bernd D. Appleby

ORDER

The court imposed sentence in this case on April 5, 2018, and judgment was entered on that date. Execution of the incarceration component of the sentence is hereby stayed and deferred until further order of this court. After co-defendant James Olding is released from incarceration or is released to a halfway house, the court will enter an order directing defendant's self-surrender to the institution designated by the Bureau of Prisons.

Date: April 5, 2018                    s/James L. Graham
                                       James L. Graham
                                       United States District Judge