IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                Case No. 2:17-cr-138-1

Bernd D. Appleby

ORDER

The court hereby accepts the Rule 11(c)(1)(C) sentence agreement entered into by the parties in this case because the court is satisfied that there are justifiable reasons for accepting the agreement, and that accepting the plea agreement will not undermine the statutory purposes of sentencing and adequately takes into account the statutory sentencing factors.

Date: April 5, 2018                      s/James L. Graham
                                                  James L. Graham
                                                  United States District Judge