3 April 2020



Judge James L. Graham
Magistrate Judge Chelsey M. Vascura
US District Court
85 Marconi Blvd., Room 121
Columbus, Ohio 43215

ref: 2:17-CR-138
     2:19-CV-5302
     SUPPLIMENTAL FILING  TO MOTION

MOTION FOR RELEASE FROM DETENTION BASED ON THE Covid-19 PANDEMIC

Answers to required Quetsions:
a) YES, I have documented health conditions that put me especially at risk
to Covid-19.
    1) I have a heart condition documented in my PSI and BoP provides me
       with the prescribed medication, Metoprolol, 25 mg
    2) I have high cholestrol documented in my PSI and BoP provides me
       with the prescribed medication, Atorvastatin, 20 mg
b) YES, I am over 60 years of age.  I am 68.
c) I am being detained POST CONVICTION.
d) NO.
e) YES, I have a single charge of conspiracy to commit wire fraud.
f) NO.
g) The opposing party's position is UNKNOWN.


Dear Judge James Graham,
    I request immediate release to home confinement in light of the Covid-19
pandemic.  My age and health conditions put me especially at risk should I
contract Covid-19 while incarcerated.  Please take note of my current situation.
    I am incarcerated at Lompoc Prison Camp in Lopoc California.  It is a BoP
designated "hot spot" because of the outbreak of Covid-19 among inmates and
staff and understaffing.  It is only a matter of time before Covid-19 is
introduced into the Camp by asymptomatic staff or guards.
    Social distancing is impossible.  I live in one room shared by 160 other
inmates.  I share 100 square feet of living space with 3 other inmates.
    My family needs me at home more than ever as my 9 year old great nephew
must be home schooldd and they must shelter in place.  Their county, Santa Clara
County, is a hot spot in California.
    My wife, my great nephew's caregiver, is herself still recovering from her
three surgeries in 2019.
    I pose no threat to society.
    I have served 62% of the time required before I will be released to home
confinement per the First Step Act.

    Please act quickly as time is of the essence.
    I declare under perjury the aforementioned is true and accurate.

Bernd Appleby 06965061
FCI Lompoc
3705 West Farm Rd.
Lompoc, CA 93436