IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

   v.                              Case No. 2:17-cr-138-1

Bernd D. Appleby


### ORDER

By judgment entered on April 5, 2018, defendant was sentenced to a term of incarceration of twenty-four months on Count 1 of the information.  On April 9, 2020, defendant filed a motion for release from detention based on the COVID-19 pandemic.  <u>See</u> Doc. 135. The government is directed to respond to this motion on or before April 27, 2020.


Date: April 16, 2020                  <u>      s/James L. Graham      </u>
                                          James L. Graham
                                          United States District Judge